

## ASSIGNMENT OF MORTGAGE

KNOW ALL BY THESE PRESENTS THAT **Mortgage Electronic Registration Systems, Inc., as mortgagee, as nominee for Norwich Commercial Group, Inc. d/b/a Norcom Mortgage, its successors and assigns**, P.O. Box 2026, Flint, MI 48501-2026, for valuable consideration paid, the receipt whereof is hereby acknowledged, does hereby assign, transfer and set over to **Norwich Commercial Group, Inc. d/b/a Norcom Mortgage**, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047-8945, its successors and assigns, the said mortgage described hereinafter recorded in the York County Registry of Deeds, and all its right, title and interest by virtue of said mortgage in and to the real estate therein described, with full power to collect and discharge the same or to dispose of the same in the name of the Assignor herein.

| | |
|---|---|
| Borrower: | Michael S. Koerner |
| Original Holder: | Mortgage Electronic Registration Systems, Inc., as mortgagee, as nominee for Norwich Commercial Group, Inc. d/b/a Norcom Mortgage, its successors and assigns |
| Date: | October 25, 2017 |
| Amount: | $227,881.00 |
| Book: | 17590 |
| Page: | 1 |
| MERS Contact: | (888) 679-6377 P.O. Box 2026, Flint, MI. 48501-2026
MIN 100498566370127067 |

Dated: 3/24/22

Mortgage Electronic Registration Systems, Inc., as mortgagee, as nominee for Norwich Commercial Group, Inc. d/b/a Norcom Mortgage, its successors and assigns

By: _Richard G. Fike_ (signature)
Title: Assistant Secretary
Type/Print Name: Richard G. Fike

State of: Illinois
County of: Lake

Date: 3/24/2022

Before me, the undersigned notary public, personally appeared Richard G. Fike _____, the Assistant Secretary at Mortgage Electronic Registration Systems, Inc., as mortgagee, as nominee for Norwich Commercial Group, Inc. d/b/a Norcom Mortgage, its successors and assigns, proved to me through satisfactory evidence of identification, which was personal knowledge, to be the person who signed the preceding or attached document in my presence, and who affirmed the foregoing to be his/her free act and deed in said capacity.

Notary Public: _(signature)_
My commission expires: 6/16/2023

OFFICIAL SEAL
RENEE M KROPP
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:06/16/23

PROPERTY ADDRESS: 9 Decary Road, Biddeford, ME 04005